IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RONALD G. JONES, II,

   Plaintiff,

    v.

SANOFI-AVENTIS U.S., INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-590-TWT

## ORDER

This is an employment discrimination case. It is before the Court on the Report and Recommendation [Doc. 29] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 21]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 21] is DENIED.

SO ORDERED, this 27 day of February, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Jones\08cv590\r&r.wpd